CLERK⸱S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CO-932
Rev. 4/96

## NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. _____
(To be supplied by the Clerk)

**NOTICE TO PARTIES:**

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk⸱s records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

**NOTICE TO DEFENDANT:**

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

**NOTICE TO ALL COUNSEL**

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff, defendant or counsel must complete the following:

I.    RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case:  [Check appropriate box(e⸱s) below.]

☐ (a)    relates to common property

☐ (b)    involves common issues of fact

☒ (c)    grows out of the same event or transaction

☐ (d)    involves the validity or infringement of the same patent

☐ (e)    is filed by the same pro se litigant

2.    RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

Check box if new case is related to a dismissed case: ☐

3.    NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):
      **See addendum for actions pending in various United States District Courts.**
      _____

4.    CAPTION AND CASE NUMBER OF RELATED CASE(E⸱S).  IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

**See addendum for related cases** _____ v. _____ C.A. No. _____

**Nov. 17, 2010** _____       _____
DATE                                        Signature of Plaintiff /Defendant (or counsel)

**Addendum of Related Cases**
Before the U.S. District Court for the District of Columbia

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Applicant:** Chevron Corporation **Interested Party:** Ecuadorian Plaintiffs **Respondents:** Wayne Hansen | E.D. California | 1:10-mc-00040 | Gary S. Austin, presiding |
| **Applicant:** Chevron Corporation **Interested Party:** Ecuadorian Plaintiffs **Respondents:** Diego Borja | N.D. California | 3:10-mc-80225 | Charles R. Breyer, presiding<br><br>Edward M. Chen, referral |
| **Applicant:** Chevron Corporation **Interested Party:** Ecuadorian Plaintiffs **Respondents:** E-Tech International and William Powers | S.D. California | 3:10-cv-01146 | William McCurine, Jr. |
| **Applicant:** Chevron Corporation **Interested Party:** Ecuadorian Plaintiffs **Respondents:** Stratus Consulting, Inc., David J. Chapman, Douglas Beltman, Jennifer M.H. Peers, David M. Mills, Peter N. Jones, Laura Belanger and Ann S. Maest | D. Colorado | 1:10-cv-00047 | Marcia S. Krieger, presiding<br><br>Michael E. Heggerty, referral |
| **Applicant:** Ricardo Reis Veiga and Rodrigo Perez Pallardes **Interested Party:** Ecuadorian Plaintiffs **Respondents:** Stratus Consulting, Inc., David J. Chapman, Douglas Beltman, Jennifer M.H. Peers, David M. Mills, Peter N. Jones, Laura Belanger and Ann S. Maest | D. Colorado | 1:10-cv-02528 | Phillip A. Brimmer, presiding<br><br>Michael E. Heggerty, referral |
| **Applicant:** Ricardo Reis Veiga and Rodrigo Perez Pallardes **Interested Party:** Ecuadorian Plaintiffs **Respondents:** Norman Nelson Alberto Wray Espinosa | D. District of Columbia | 1:10-mc-00370 | Colleen Kollar-Kotelly, presiding<br><br>Deborah A. Robinson, referral |
| **Applicant:** Chevron Corporation, Ricardo Reis Veiga and Rodrigo Perez Pallardes **Interested Party:** Ecuadorian Plaintiffs **Respondents:** Norman Nelson Alberto Wray Espinosa | D. District of Columbia | 1:10-mc-00371 | Colleen Kollar-Kotelly, presiding<br><br>Deborah A. Robinson, referral |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Applicant:**<br>Chevron Corporation<br>**Interested Party:** Ecuadorian Plaintiffs<br>**Respondents:**<br>Charles William Calbacher | N.D. Georgia<br>(Atlanta Div.) | 1:10-mi-00076 | Thomas W. Thrash, Jr.,<br>presiding |
| **Applicant:**<br>Chevron Corporation<br>**Interested Party:** Ecuadorian Plaintiffs<br>**Respondents:**<br>Daniel Rourke | D. Maryland | 8:10-cv-02989 | Alexandra Williams,<br>presiding |
| **Applicant:**<br>Chevron Corporation<br>**Interested Party:** Ecuadorian Plaintiffs<br>**Respondents:**<br>Carlos Emilio Picone | D. Maryland | 8:10-cv-02990 | Alexandra Williams,<br>presiding |
| **Applicant:**<br>Chevron Corporation<br>**Interested Party:** Ecuadorian Plaintiffs<br>**Respondents:**<br>Jonathan S. Shefftz | D. Massachusetts | 1:10-mc-10352 | Joseph L. Tauro,<br>presiding |
| **Applicant:**<br>Chevron Corporation<br>**Interested Party:** Ecuadorian Plaintiffs<br>**Respondents:**<br>Charles Champ | W.D. North<br>Carolina | 1:10-mc-00027 | Graham Mullen,<br>presiding<br><br>Dennis Howell, referral |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Applicant:** Rodrigo Perez Pallares and Richard Reis Veiga **Interested Party:** Ecuadorian Plaintiffs **Respondents:** Charles Champ | W.D. North Carolina | 1:10-mc-00028 | Graham Mullen, presiding Dennis Howell, referral |
| **Applicant:** Chevron Corporation **Interested Party:** Ecuadorian Plaintiffs **Respondents:** Uhl, Baron, Rana & Associates, Inc. and Juan Cristobal Villao Yepez | D. New Jersey | 2:10-cv-02675 | Stanley R. Chesler, presiding Michael A. Shipp, referral |
| **Applicant:** Chevron Corporation **Interested Party:** Ecuadorian Plaintiffs **Respondents:** Richard Kamp and E-Tech International | D. of New Mexico | 1:10-mc-000021 | Judith C. Herrera, presiding Lorenzo F. Garcia , referral |
| **Applicant:** Rodrigo Perez Pallares and Richard Reis Veiga **Interested Party:** Ecuadorian Plaintiffs **Respondents:** Charles Champ | D. of New Mexico | 1:10-mc-000022 | Judith C. Herrera, presiding Lorenzo F. Garcia , referral |
| **Applicant:** Chevron Corporation, Ricardo Reis Veiga and Rodrigo Perez Pallardes **Interested Party:** Ecuadorian Plaintiffs **Respondents:** Joseph Bellinger, Crude Productions, LLC, Third Eye Motion Picture Company, Inc., Michael Bonfiglio and Radical Media | S.D. New York | 1:10-mc-00001 | Lewis A. Kaplan, presiding |
| **Applicant:** Chevron Corporation, Ricardo Reis Veiga and Rodrigo Perez Pallardes **Interested Party:** Ecuadorian Plaintiffs **Respondents:** Steven Donziger | S.D. New York | 1:10-mc-00002 | Lewis A. Kaplan, presiding |
| **Applicant:** Chevron Corporation **Interested Party:** Ecuadorian Plaintiffs **Respondents:** Lawrence W. Barnthouse | S.D. Ohio | 1:10-mc-00053 | Sandra Beckwith, presiding Karen L. Litkovitz, referral |
| **Applicant:** Chevron Corporation **Interested Party:** Ecuadorian Plaintiffs **Respondents:** Mark Quarles | M.D. Tennessee (Nashville Div.) | 3:10-mc-000686 | John T. Nixon, presiding Joe Brown, referral |
| **Applicant:** Chevron Corporation **Interested Party:** Ecuadorian Plaintiffs **Respondents:** 3TM Consulting, LLC and 3TM International, Inc. | S.D. Texas (Houston Div.) | 4:10-mc-00134 | Gray H. Miller, presiding |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Applicant:** Chevron Corporation **Interested Party:** Ecuadorian Plaintiffs **Respondents:** Douglas C. Allen | D. Vermont | 2:10-mc-00091 | William K. Sessions, III, presiding |
| **Applicant:** Chevron Corporation **Interested Party:** Ecuadorian Plaintiffs **Respondents:** Robert Paolo Scardina | W. D. Virginia | 7:10-mc-00067 | James C. Turk, presiding |
| **Plaintiffs:** Kohn, Swift & Graf, P.C. and Joseph C. Kohn, Esq. **Interested Party:** Ecuadorian Plaintiffs **Defendants:** Steven R. Donziger, Donziger & Associates, P.L.L.C., Chevron Corporation, and Frenta de Defense de la Amazonia | E.D. Penna. | 10-cv-6403 | Jan E. Dubois, presiding |

Dated: November 17, 2010                    Respectfully Submitted,

_____

Charles E. Talisman
(D.C. Bar No. 367314)
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC  20037
Phone:  (202) 457-6000
Fax:  (202) 457 6315
ctalisman@pattonboggs.com