CO-386-online
10/03

# United States District Court
# For the District of Columbia

| | |
|---|---|
| PATTON BOGGS LLP | ) |
| | ) |
| | ) |
| vs        Plaintiff | ) Civil Action No._____ |
| | ) |
| CHEVRON CORPORATION | ) |
| | ) |
| Defendant | ) |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Patton Boggs LLP__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Patton Boggs LLP__ which have any outstanding securities in the hands of the public:

**None**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ CE Talisman_
Signature

D.C. Bar No. 367314
BAR IDENTIFICATION NO.

Charles E. Talisman
Print Name

Patton Boggs LLP, 2550 M Street, NW
Address

Washington    DC    20037
City    State    Zip Code

(202) 457-6000
Phone Number